## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANTHONY ALVAREZ,                       :
    *Plaintiff,*                        :
                                    :
    v.                                  :          CIVIL ACTION NO. 26-CV-2743
                                      :
COMMONWEALTH OF                        :
PENNSYLVANIA, *et al.*,                :
    *Defendants.*                       :

## ORDER

AND NOW, this 12th day of June, 2026, upon consideration of Plaintiff Anthony Alvarez's Motions to Proceed *In Forma Pauperis* (Dkt. No. 6, 7), *pro se* Amended Complaint (Dkt. No. 10), Motion to Proceed *Pro Se* (Dkt. No. 6), Motion for Preliminary Injunction (Dkt. No. 8), and "Motion to Leave to Amend Original Complaint and Remove Defendants and Amend Relief" (Dkt. No. 9), it is **ORDERED** that:

1.      Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2.      The Amended Complaint is **DEEMED** filed.

3.      The Amended Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.[1]

4.      Alvarez's Motion to Proceed *Pro Se* (Dkt. No. 6), Motion for Preliminary Injunction (Dkt. No. 8), and "Motion to Leave to Amend Original Complaint and Remove Defendants and Amend Relief" (Dkt. No. 9) are **DISMISSED** as moot.

---

[1] Nothing in this Order prevents Alvarez from seeking dismissal of his claims in state court or, if appropriate, by filing a petition for a writ of habeas corpus.

5.    The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

*/s/ Gerald J. Pappert*

**Gerald J. Pappert, J.**